**Order filed August 9, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00489-CV
_____

### MARIE NDULI, Appellant

### V.

### KHERKHER GARCIA, LLP., AND THE LAW OFFICE OF OMAR KHAWAJA, PLL AND IGWE LAW FIRM, PC., Appellees

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2021-59927**

# O R D E R

The notice of appeal in this case was filed July 5, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

Accordingly, appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court within ten (10) days of the date of this order. If

appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.